No. 768. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CENTER INVESTMENT CO.

April 22, 1940. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is reversed and the cause is remanded to the Circuit Court of Appeals with directions to remand to the Board of Tax Appeals for findings in the light of the principles established in *Helvering* v. *Bruun, ante,* p. 461, and for findings and decision on the other questions left undetermined by the Board. *Solicitor General Biddle* for petitioner. *Mr. D. G. Eggerman* for respondent.

No. 844. FLORIDA EX REL. GARLAND *v.* CITY OF WEST PALM BEACH. April 22, 1940. *Per Curiam:* The appeal is dismissed for the reason that the judgment of the state court is based upon a non-federal ground adequate to support it. *Farson, Son & Co.* v. *Bird,* 248 U. S. 268, 271; *Doyle* v. *Atwell,* 261 U. S. 590; *McCoy* v. *Shaw,* 277 U. S. 302. *Messrs. Stuart B. Warren, George W. Wylie,* and *J. Velma Keen* for appellant.